UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVERETT GRISSOM,<br><br>        Petitioner,<br><br>  v.<br><br>V. SINGH, WARDEN,<br><br>        Respondent. | NO. CV 11-8004-VAP (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice as to Grounds One through Six and Ground Eight, and without prejudice as to Ground Seven.

DATED: April 19 2013.

/s/ Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE